**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Gladys Wade,** | ) | **CASE NO. 1:11 CV 165** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Cuyahoga Cty. Bd. Of Commissioners,** | ) | <u>**Order of Remand**</u> |
| ***et al.,*** | ) | |
| **Defendants.** | ) | |

     This Court, having GRANTED Plaintiff's Motion to Remand (Doc. 8), hereby

REMANDS this matter to the Cuyahoga County Court of Common Pleas.

     IT IS SO ORDERED.

                         /s/ Patricia A. Gaughan
                         PATRICIA A. GAUGHAN
                         United States District Judge

Dated: 3/18/11

1